UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

Roland Garrett,

Plaintiff.

v.

The Walt Disney Company, ET AL.,

Defendants

Introduction:

1. This issue has been before this Honorable Court on 2 occasions. See: Roland Garrett v. Robert Kraft and Roland Garrett v. ESPN, case number 24-12223. The plaintiff now seeks injunctive relief, the putting back of the infringing materials, damages, cost and attorney's fees.

Jurisdiction:

The plaintiff states that this Honorable Court has jurisdiction under Mass. Gen. Law ch.214 section 3A, and U.S. Code Title 28, 17 U.S. Code section 504.



FILED
Clerk's Office
USDC, Mass.
Date 8/18/26
By LBO
Deputy Clerk

Parties:

1. Roland Garrett, the plaintiff,1202 Commonwealth Ave., B9, Allston, MA. 02134.

2. The Walt Disney Company, the defendant, is being sued in their individual and official capacities. 500 South Buena Vista St., Burbank, CA 91521.

3. American Broadcasting Company, the defendant, is being sued in their individual and official capacities. 7 Hudson St./310 Hudson Street, Manhattan New York, NY 10013.

4. ESPN, the defendant, is being sued in their individual and official capacities. 935 Middle St., Bristol, CT 06010.

5. The Hearst Corporation, the defendant, is being sued in their individual and official capacities. 300 West 57th Street, New York, NY 10019.

6. Robert Kraft, the defendant, is being sued in their individual and official capacities. 1 Patriots Place, Foxborough, MA 02035.

Cause of Action:

7. October 3,2011, ESPN release a magazine, the first and only All Boston Special Edition, which included the plaintiff picture on the cover of the magazine. See: exhibit 1.

8. The plaintiff states that the defendants four businesses and one person, Robert kraft infringed his copyright, see: copyright registration number Vau001522783.

9. The individual defendants have participated in preparing the publishing and distribution of the plaintiff Copyrighted material for different social media platforms. See: exhibit 1.

Prayer For Relief:

Now comes, the plaintiff, Roland Garrett, prays for the following relief:

10. That the infringing material be placed back on the defendants' website and social media platforms.

11. That the plaintiff be awarded 75,000 in punitive damages and 75,000 in compensatory damages and/or what this Honorable Court thinks is just and fair.

12. That this Honorable Court award plaintiff legal cost and court fees.

Signed Under The Pains
Ans Penalties of Perjury:
Roland Garrett

Date: Aug. 19, 2026

Roland Garrett
1202 Commonwealth Ave., B9
Allston, MA 02134
617-687-3477
Rolandgarrett130@gmail.com